```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10839
   LEROY A NICCOLAI
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4228

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/31/2006 and was confirmed 10/30/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 10/05/2007.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED NOT I       .00              .00             .00
CITIMORTGAGE INC           SECURED NOT I       .00              .00             .00
CITIFINANCIAL              NOTICE ONLY    NOT FILED             .00             .00
CITIZENS BANK              SECURED NOT I    23359.51            .00             .00
CITIZENS BANK              UNSEC W/INTER NOT FILED              .00             .00
CITIZENS BANK              NOTICE ONLY    NOT FILED             .00             .00
HARLEY DAVIDSON CREDIT     SECURED NOT I    13698.29            .00             .00
HARLEY DAVIDSON CREDIT     UNSEC W/INTER NOT FILED              .00             .00
HARLEY DAVIDSON            NOTICE ONLY    NOT FILED             .00             .00
HOMECOMINGS FINANCIAL      SECURED NOT I     1043.30            .00             .00
HOMECOMINGS FINANCIAL      UNSEC W/INTER NOT FILED              .00             .00
HOMECOMINGS FINANCIAL      CURRENT MORTG       .00              .00             .00
B-REAL LLC                 UNSEC W/INTER      574.30           25.41          574.30
CHASE BANK                 UNSEC W/INTER      186.27           10.81          186.27
DISCOVER FINANCIAL SERVI   UNSEC W/INTER     3468.20          197.06         3468.20
ECAST SETTLEMENT CORP      UNSEC W/INTER    10169.63          444.99        10169.63
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER NOT FILED              .00             .00
CIRCUIT CITY               SECURED NOT I      255.87            .00             .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER     8800.00          500.02         8800.00
CITIMORTGAGE INC           UNSEC W/INTER NOT FILED              .00             .00
HOMECOMINGS FINANCIAL NE   NOTICE ONLY    NOT FILED             .00             .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,979.00                         2,979.00
TOM VAUGHN                 TRUSTEE                                           1,798.94
DEBTOR REFUND              REFUND                                            5,255.37

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     34,410.00

PRIORITY                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10839 LEROY A NICCOLAI
```

```
SECURED                                                              .00
UNSECURED                                                       23,198.40
    INTEREST                                                     1,178.29
ADMINISTRATIVE                                                   2,979.00
TRUSTEE COMPENSATION                                             1,798.94
DEBTOR REFUND                                                    5,255.37
                                      ---------------      ---------------
TOTALS                                      34,410.00            34,410.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/28/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 10839 LEROY A NICCOLAI